UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Tyson Stammler

Plaintiff                                              *        Civil Action No.

v.                                                     *        1:07-cv-01458

Creative Pipe Solutions, et al.                        *

Defendants                                             *

### ANSWER OF DEFENDANT GEORGE R. CRANFORD, INC.

Defendant, George R. Cranford Inc., by its attorneys Jacquelyn Kramer, and the Law Offices of Guido Porcarelli, hereby answers the Complaint previously filed by Plaintiff, Tyson R. Stammler and states as follows:

1. Defendant does not have enough information to either admit or deny, so the allegation is denied.

2. Defendant, George R. Cranford, Inc. admits to this allegation

3. Defendant, George R. Cranford, Inc. admits to this allegation

4. Defendant does not have enough information to either admit or deny, so the allegation is denied.

5. Defendant does not have enough information to either admit or deny, so the allegation is denied.

6. Defendant does not have enough information to either admit or deny, so the allegation is denied.

7. Defendant, George R. Cranford, Inc. admits to this allegation

8. Defendant, George R. Cranford, Inc. denies this allegation

9. Defendant, George R. Cranford, Inc. denies this allegation

10. Defendant, George R. Cranford, Inc. denies this allegation

11. Defendant, George R. Cranford, Inc. denies this allegation

12. Defendant does not have enough information to either admit or deny, so the allegation is denied.

13. Defendant, George R. Cranford, Inc. denies this allegation

14. Defendant, George R. Cranford, Inc. denies this allegation

15. Defendant, George R. Cranford, Inc. denies this allegation

16. Defendant does not have enough information to either admit or deny, so the allegation is denied.

17. Defendant, George R. Cranford, Inc. denies this allegation

18. Defendant, George R. Cranford, Inc. denies this allegation

19. Defendant, George R. Cranford, Inc. denies this allegation

20. Defendant, George R. Cranford, Inc. denies this allegation

21. Defendant, George R. Cranford, Inc. denies this allegation

22. Defendant, George R. Cranford, Inc. denies this allegation

23. Defendant does not have enough information to either admit or deny, so the allegation is denied.

24. Defendant, George R. Cranford, Inc. denies this allegation

25. Defendant, George R. Cranford, Inc. denies this allegation

26. Defendant, George R. Cranford, Inc. denies this allegation

27. Defendant, George R. Cranford, Inc. denies this allegation

28. Defendant, George R. Cranford, Inc. denies this allegation

29. Defendant, George R. Cranford, Inc. denies this allegation

30. Defendant, George R. Cranford, Inc. denies this allegation

## FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

The Defendant generally denies all liability and all averments of fact contained within the Complaint in each and every count therein and demands strict proof thereof.

## THIRD DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of assumption of risk.

## FOURTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of contributory negligence.

## FIFTH DEFENSE

The Plaintiff's claim is barred by the applicable Statute of Limitations.

### SIXTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of accord and satisfaction.

### SEVENTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of collateral estoppel.

### EIGHT DEFENSE

The Plaintiff's injuries, losses and damages, if any, were caused in whole or in part by individuals and/or entities over whom this Defendant had no control or right of control.

### NINTH DEFENSE

The Plaintiff's injuries, losses and damages, if any, resulted from or were caused by intervening or superseding causes not attributable to this Defendant.

### TENTH DEFENSE

The Court lacks jurisdiction over this Defendant.

### ELEVENTH DEFENSE

This Defendant herein reserves the right to adopt and/or assert any such other and further defenses which may be revealed by subsequent investigation and/or discovery.

**WHEREFORE**, having fully answered the Complaint, Defendant George R. Cranford, Inc. respectfully requests that the above captioned case be dismissed with prejudice with costs assessed against Plaintiff.

        /s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire
D.C. Bar #    491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for George R. Cranford, Inc.

## REQUEST FOR JURY TRIAL

Defendant, George R. Cranford, Inc. respectfully requests that this case be tried before a jury.

    \_\_\_/s/ Jacquelyn Kramer_____
Jacquelyn M. Kramer, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this \_31\_\_\_ day of August, 2007, a copy of the foregoing Answer to Complaint was mailed first-class, postage prepaid, to:

Peter C. Grenier, Esquire
1150 Connecticut Ave., NW
9th Floor
Washington, DC  20036

Creative Pipe Solutions, LLC
1722 Piscainway Rd.
Clinton, MD  20735

Eichberg Construction, Inc.
16010 Industrial Drive
Gaithersburg, MD  20877

              _/s/ Jacquelyn Kramer _____
              Jacquelyn Kramer, Esquire