IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TYLER R. STAMMLER

|  |  |  |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-CV-01458 |
| | ) | |
| CREATIVE PIPE SOLUTIONS, LLC, et al. | ) | Judge Roberts, Richard W. |
| | ) | |
| Defendants | ) | |

## ANSWER OF DEFENDANT CREATIVE PIPE SOLUTIONS, LLC

Comes now the Defendant, CREATIVE PIPE SOLUTIONS, LLC, by and through its attorneys, Scott M. Hartinger and Ethridge, Quinn, McAuliffe, Rowan & Hartinger, and answers the Complaint.  All averments not specifically admitted are denied.

1.      This paragraph is a jurisdictional allegation, to which no specific response is required.  This Defendant disputes the factual allegations which form the basis for the claim of jurisdiction.

2.      This paragraph is a jurisdictional allegation, to which no specific response is required.  This Defendant disputes the factual allegations as to having caused tortious conduct.

3.      Admitted.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 4 and such are therefore denied.

5.      Defendant admits the allegations in Paragraph 5.

6.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 6 and such are therefore denied.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 6 and such are therefore denied.

8.      Defendant denies the allegations in Paragraph 8 of the Complaint.

9.      Defendant denies the allegation in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations in Paragraph 10 of the Complaint.

11.     Defendant denies the allegations in Paragraph 11 of the Complaint.

12.     Defendant admits the allegations in Paragraph 12 of the Complaint.

13.     Defendant denies the allegations in Paragraph 13 of the Complaint.

14.     Defendant denies the allegations in Paragraph 14 of the Complaint.

15.     Defendant denies the allegations in Paragraph 15 of the Complaint.

16.     This paragraph merely incorporates prior paragraphs. To the extent admission/denial is required, the allegations are denied.

17.     Defendant denies the allegations in Paragraph 17 of the Complaint.

18.     Defendant denies the allegations in Paragraph 18 of the Complaint.

19.     Defendant denies the allegations in Paragraph 19 of the Complaint.

20.     Defendant denies the allegations in Paragraph 20 of the Complaint.

21.     Defendant denies the allegations in Paragraph 21 of the Complaint.

22.     Defendant denies the allegations in Paragraph 22 of the Complaint.

23.     This paragraph merely incorporates prior paragraphs. To the extent admission/denial is required, the allegations are denied.

24.     Defendant denies the allegations in Paragraph 24 of the Complaint.

25.     Defendant denies the allegations in Paragraph 25 of the Complaint.

26.     Defendant denies the allegations in Paragraph 26 of the Complaint.

27.     Defendant denies the allegations in Paragraph 27 of the Complaint.

28.    Defendant denies the allegations in Paragraph 28 of the Complaint.

29.    Defendant denies the allegations in Paragraph 29 of the Complaint.

30.    Defendant denies the allegations in Paragraph 30 of the Complaint.

<u>FIRST AFFIRMATIVE DEFENSE</u>

The Complaint is barred by Contributory Negligence

<u>SECOND AFFIRMATIVE DEFENSE</u>

The Complaint is barred by collateral estoppel and/or res judicata.

<u>THIRD AFFIRMATIVE DEFENSE</u>

The Complaint is barred by the doctrine of waiver.

<u>FOURTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred by the doctrine of estoppel.

<u>FIFTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred as no agency relationship exits for purposes of this action between this Defendant and other parties hereto.

<u>SIXTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred by the doctrine of limitations.

<u>SEVENTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred by the doctrine of laches.

<u>EIGHTH AFFIRMATIVE DEFENSE</u>

The doctrine of respondeat superior does not apply in this action.

<u>NINTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred by the doctrine of statute of frauds.

<u>TENTH AFFIRMATIVE DEFENSE</u>

The Complaint is barred by Assumption of Risk.

<u>ELEVENTH AFFIRMATIVE DEFENSE</u>

The Complaint fails to state a cause of action upon which relief can be granted.

WHEREFORE, this Defendant requests that the Complaint be dismissed with prejudice and for such other relief as deemed proper.


Respectfully submitted,

ETHRIDGE, QUINN, McAULIFFE,
ROWAN & HARTINGER


Date: September 11, 2007                    By_____/s/ Scott M. Hartinger _____
                                           SCOTT M. HARTINGER, Bar #461129
                                           100 North Court Street
                                           Frederick, Maryland 21701
                                           Telephone (301) 698-8182
                                           Facsimile (301) 831-4318
                                           mail smh@eqmrh.com
                                           Attorney for Creative Pipe Solutions, LLC

4

## JURY DEMAND

Defendant requests this matter be tried before a jury.

_____/s/ Scott M. Hartinger _____
SCOTT M. HARTINGER


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, first class, on this 11th day of September, 2007, to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
9th Floor
Washington, D.C. 20036

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030

_____/s/ Scott M. Hartinger _____
SCOTT M. HARTINGER

5