IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER**<br>20366 Charter Oak Drive<br>Ashburn, VA 20147 | :<br><br>: |
| **Plaintiff** | : |
| v. | :   Civil Action No.  1:07-cv-01458 |
| **CREATIVE PIPE SOLUTIONS, LLC**<br>1722 Piscataway Road<br>Clinton, MD 20735 | :<br><br>: |
| And | : |
| **EICHBERG CONSTRUCTION, INC.**<br>16010 Industrial Drive<br>Gaithersburg, MD 20877 | :<br><br>: |
| And | : |
| **GEORGE R. CRANFORD, INC.**<br>7113 Riverdale Road<br>Lanham, MD 20706 | :<br><br>: |
| **Defendants** | : |

## ANSWER

COMES NOW the Defendant, Eichberg Construction, Inc., by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, and for Answer to the Complaint filed herein, states:

### FIRST DEFENSE

That the Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

That all or part of the relief sought is barred by the applicable statute of limitations.

### THIRD DEFENSE

That the Plaintiff was guilty of sole and/or contributory negligence which bars the relief sought.

### FOURTH DEFENSE

That the Plaintiff assumed the risk of the occurrence and of the injury which bars the relief sought.

### FIFTH DEFENSE

That the relief sought may be barred by settlement.

### SIXTH DEFENSE

That the relief sought may be barred by accord and satisfaction.

### SEVENTH DEFENSE

That the relief sought may be barred by release.

### EIGHTH DEFENSE

That the relief sought may be barred by payment.

### NINTH DEFENSE

That the Plaintiff failed to mitigate damages which bars all or part of the relief sought.

### TENTH DEFENSE

That the Defendant denies the causal relationship of the Plaintiff's alleged injuries and/or damages to this occurrence.

**ELEVENTH DEFENSE**

That the Defendant, Eichberg Construction, Inc., generally denies all liability and damages to the Plaintiff.

**TWELFTH DEFENSE**

That the relief sought is barred by the doctrine of sudden emergency.

**THIRTEENTH DEFENSE**

That the occurrence alleged was an unavoidable accident which bars the relief sought.

**FOURTEENTH DEFENSE**

That the relief sought may be barred by collateral estoppel.

**FIFTEENTH DEFENSE**

That the relief sought may be barred by *res judicata*.

**SIXTEENTH DEFENSE**

That the Defendant, Eichberg Construction, Inc., specifically admits the allegations contained in Paragraphs 1, 2, 3, 4, 6 and 12 of the Complaint.

**SEVENTEENTH DEFENSE**

That the Defendant, Eichberg Construction, Inc., is without sufficient knowledge to either admit or deny the allegations contained in Paragraphs 5 and 7 of the Complaint and, therefore, denies said allegations.

## EIGHTEENTH DEFENSE

That the Defendant, Eichberg Construction, Inc., specifically denies the allegations contained in Paragraphs 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26 ,27, 28, 29 and 30.

WHEREFORE, the Complaint having been fully answered, it is respectfully requested that it be dismissed with prejudice.

Respectfully submitted,

McCARTHY WILSON LLP

Robert B. Hetherington #401136
100 South Washington Street
Rockville, Maryland 20850
(301)762-7770
Attorneys for Defendant,
Eichberg Construction, Inc.

## JURY DEMAND

The Defendant, Eichberg Construction, Inc. by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, hereby demands a trial by jury on all issues herein.

Robert B. Hetherington

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Answer to Complaint and Jury Demand**, was mailed, postage paid, this 18th day of September, 2007, to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Ave., N.W.
Washington, D.C. 20036

Creative Pipe Solutions
c/o Keith Stup
908 Johns Circle
Deale, MD 20751

George R. Cranford, Inc.
c/o Patricia Adams
5707 E. West Highway
Riverdale, MD 20737

Robert B. Hetherington

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYSON R. STAMMLER | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 1:07-cv-01458 |
| CREATIVE PIPE SOLUTIONS, LLC | : | |
| And | : | |
| EICHBERG CONSTRUCTION, INC. | : | |
| And | : | |
| GEORGE R. CRANFORD, INC. | : | |
| Defendants | : | |

### CROSS-CLAIM OF EICHBERG CONSTRUCTION, INC.

COMES NOW the Defendant and Cross-Plaintiff, Eichberg Construction, Inc., by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, and files this Cross-Claim against the Defendants and Cross-Defendants, Creative Pipe Solutions, LLC and George R. Cranford, Inc., and, as cause of action, states:

1. That the Plaintiff, Tyson R. Stammler, has sued the Defendants, Creative Pipe Solutions LLC, Eichberg Construction, Inc. and George R. Cranford, Inc., for injuries and damages allegedly sustained in a motorcycle accident occurring on or about August 26, 2004.

2. That the aforesaid accident was as a direct and proximate result of the negligence and/or contractual liability of the Defendants and Cross-Defendants, Creative

Pipe Solutions, LLC and George R. Cranford, Inc., without any negligence and/or contractual liability on behalf of the Defendant and Cross-Plaintiff, Eichberg Construction, Inc., contributing thereto.

      3.      That in the event that the Plaintiffs recover against the Defendants, Creative Pipe Solutions, LLC, Eichberg Construction, Inc. and George R. Cranford, Inc., then and in that event, the Defendant and Cross-Plaintiff, Eichberg Construction, Inc., is entitled to indemnification or contribution from the Defendants and Cross-Defendants, Creative Pipe Solutions, LLC, and George R. Cranford, Inc., for all damages recovered by the Plaintiff.

      WHEREFORE, the Defendant and Cross-Plaintiff, Eichberg Construction, Inc., demands judgment against the Defendants and Cross-Defendants, Creative Pipe Solutions LLC and George R. Cranford, Inc., for all or a contributable portion of any sums recovered by the plaintiffs in this action, plus interest and costs.

      Respectfully submitted,

      McCARTHY WILSON LLP

      _____

      Robert B. Hetherington #401136
      100 South Washington Street
      Rockville, Maryland 20850
      (301)762-7770
      Attorneys for Defendant,
      Eichberg Construction, Inc.

## JURY DEMAND

The Defendant, Eichberg Construction, Inc. by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, hereby demands a trial by jury on all issues herein.

                                                  Robert B. Hetherington

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Cross-Claim of Eichberg Construction, Inc.** was mailed, postage paid, this 19th day of September, 2007, to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Ave., N.W.
Washington, D.C. 20036

Creative Pipe Solutions
c/o Keith Stup
908 Johns Circle
Deale, MD 20751

George R. Cranford, Inc.
c/o Patricia Adams
5707 E. West Highway
Riverdale, MD 20737

                                                  Robert B. Hetherington