IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYLER R. STAMMLER | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-CV-01458 |
| | ) | |
| CREATIVE PIPE SOLUTIONS, LLC, et al. | ) | Judge Roberts, Richard W. |
| | ) | |
|     Defendants | ) | |

## ANSWER OF DEFENDANT CREATIVE PIPE SOLUTIONS, LLC TO CROSS CLAIM OF EICHBERG CONSTRUCTION, INC.

Comes now the Defendant, CREATIVE PIPE SOLUTIONS, LLC, by and through its attorneys, Scott M. Hartinger and Ethridge, Quinn, McAuliffe, Rowan & Hartinger, and answers the Crossclaim filed by Eichberg Construction, LLC as follows:

1. Admitted.

2. It is denied that the accident was a direct and proximate result of the negligence and/or contractual liability of Defendant Creative Pipe Solutions, LLC. It is also denied that Eichberg Construction, LLC is without negligence contributing to Plaintiff's claims.

3. It is denied that Defendant Creative Pipe Solutions, LLC is responsible to any party for indemnification and/or contribution.

### FIRST AFFIRMATIVE DEFENSE

The Crossclaim is barred by Contributory Negligence

### SECOND AFFIRMATIVE DEFENSE

The Crossclaim is barred by collateral estoppel and/or res judicata.

### THIRD AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

The Crossclaim is barred as no agency relationship exits for purposes of this action between this Defendant and other parties hereto.

### SIXTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

The doctrine of respondeat superior does not apply in this action.

### NINTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of statute of frauds.

### TENTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by Assumption of Risk.

### ELEVENTH AFFIRMATIVE DEFENSE

The Crossclaim fails to state a cause of action upon which relief can be granted.

WHEREFORE, this Cross-Defendant requests that the Crossclaim be dismissed with prejudice and for such other relief as deemed proper.

                                              Respectfully submitted,

                                              ETHRIDGE, QUINN, McAULIFFE,
                                              ROWAN & HARTINGER

Date: September 19, 2007          By_____/s/ Scott M. Hartinger _____
                                              SCOTT M. HARTINGER, Bar #461129
                                              100 North Court Street
                                              Frederick, Maryland 21701
                                              Telephone (301) 698-8182
                                              Facsimile (301) 831-4318
                                              mail smh@eqmrh.com
                                              Attorney for Creative Pipe Solutions, LLC

## **JURY DEMAND**

Creative Pire Solutions, LLC requests this matter be tried before a jury.

                                                  _____/s/ Scott M. Hartinger _____
                                                SCOTT M. HARTINGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, first class, on this 19th day of September, 2007, to:

> Peter C. Grenier, Esquire
> Bode & Grenier, LLP
> 1150 Connecticut Avenue, N.W., 9th Floor
> Washington, D.C. 20036
>
> Jacquelyn Kramer, Esquire
> Law Offices of Guido Porcarelli
> 200 International Circle, Suite 1500
> Hunt Valley, Maryland 21030
>
> Robert B. Hetherington, Esquire
> McCarthy Wilson, LLP
> 100 South Washington Street
> Rockville, Maryland 20850

_____/s/ Scott M. Hartinger_____

SCOTT M. HARTINGER

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYLER R. STAMMLER | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-CV-01458 |
| | ) | |
| CREATIVE PIPE SOLUTIONS, LLC, et al. | ) | Judge Roberts, Richard W. |
| | ) | |
|     Defendants | ) | |

## CROSS-CLAIM OF CREATIVE PIPE SOLUTIONS, LLC

Comes now the Defendant/Cross-Plaintiff, CREATIVE PIPE SOLUTIONS, LLC, by and through its attorneys, Scott M. Hartinger and Ethridge, Quinn, McAuliffe, Rowan & Hartinger, and files this Crossclaim against Defendants/Cross-Defendants, Eichberg Construction, Inc. and George R. Cranford, Inc., as follows:

1. Plaintiff Tyson R. Stammler has sued Creative Pipe Solutions, LLC, Eichberg Construction, Inc. and George R. Cranford, Inc. alleging injuries and damages arising from a motorcycle accident on or about August 26, 2004.

2. That Creative Pipe Solutions, LLC denies any negligence in any respect and alleges that the accident-claimed and injuries and damages, if any, of the Plaintiff, were due to the sole, active, primary or superseding negligence of the Plaintiff and/or Co-Defendants/Cross-Defendants, Eichberg Construction, Inc. and/or George R. Cranford, Inc.

3. That in the event the Plaintiff recovers against Creative Pipe Solutions, LLC, then Creative Pipe Solutions, LLC is entitled to contribution and/or indemnification from Eichberg Construction, Inc. and/or George R. Cranford, Inc., for any amounts recovered by the Plaintiff against Creative Pipe Solutions, LLC.

WHEREFORE, Creative Pipe Solutions, LLC demands judgment against Eichberg Construction, Inc. and/or George R. Cranford, Inc, for all or a contributed portion of any sums recovered by the Plaintiff in this case against Creative Pipe Solutions, LLC, plus interests and costs.

                                              Respectfully submitted,

                                              ETHRIDGE, QUINN, McAULIFFE,
                                              ROWAN & HARTINGER

Date: September 19, 2007         By_____/s/ Scott M. Hartinger _____
                                              SCOTT M. HARTINGER, Bar #461129
                                              100 North Court Street
                                              Frederick, Maryland 21701
                                              Telephone (301) 698-8182
                                              Facsimile (301) 831-4318
                                              mail smh@eqmrh.com
                                              Attorney for Creative Pipe Solutions, LLC

## **JURY DEMAND**

Creative Pire Solutions, LLC requests this matter be tried before a jury.

                                              _____/s/ Scott M. Hartinger _____
                                              SCOTT M. HARTINGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, first class, on this 19th day of September, 2007, to:

>Peter C. Grenier, Esquire
>Bode & Grenier, LLP
>1150 Connecticut Avenue, N.W., 9th Floor
>Washington, D.C. 20036
>
>Jacquelyn Kramer, Esquire
>Law Offices of Guido Porcarelli
>200 International Circle, Suite 1500
>Hunt Valley, Maryland 21030
>
>Robert B. Hetherington, Esquire
>McCarthy Wilson, LLP
>100 South Washington Street
>Rockville, Maryland 20850

_____/s/ Scott M. Hartinger_____
SCOTT M. HARTINGER