IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER** | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:07-cv-01458 |
| **CREATIVE PIPE SOLUTIONS, LLC** | : |
| And | : |
| **EICHBERG CONSTRUCTION, INC.** | : |
| And | : |
| **GEORGE R. CRANFORD, INC.** | : |
| Defendants | : |

### ANSWER OF EICHBERG CONSTRUCTION, INC. TO CROSS-CLAIM OF CREATIVE PIPE SOLUTIONS, LLC

COMES NOW the Defendant and Cross-Defendant, Eichberg Construction, Inc., by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, and for Answer to the Cross-Claim filed herein by the Defendant and Cross-Plaintiff, Creative Pipe Solutions, LLC, states:

### FIRST DEFENSE

That the Cross-Claim fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

That all or part of the relief sought is barred by the applicable statute of limitations.

## THIRD DEFENSE

That the Cross-Plaintiff was guilty of sole and/or contributory negligence which bars the relief sought.

## FOURTH DEFENSE

That the Cross-Plaintiff assumed the risk of the occurrence and of the injury which bars the relief sought.

## FIFTH DEFENSE

That the relief sought may be barred by settlement.

## SIXTH DEFENSE

That the relief sought may be barred by accord and satisfaction.

## SEVENTH DEFENSE

That the relief sought may be barred by release.

## EIGHTH DEFENSE

That the relief sought may be barred by payment.

## NINTH DEFENSE

That the Cross-Plaintiff failed to mitigate damages which bars all or part of the relief sought.

**TENTH DEFENSE**

That the Cross-Defendant denies the causal relationship of the Cross-Plaintiff's alleged injuries and/or damages to this occurrence.

**ELEVENTH DEFENSE**

That the Cross-Defendant, Eichberg Construction, Inc., generally denies all liability and damages to the Plaintiff.

**TWELFTH DEFENSE**

That the relief sought is barred by the doctrine of sudden emergency.

**THIRTEENTH DEFENSE**

That the occurrence alleged was an unavoidable accident which bars the relief sought.

**FOURTEENTH DEFENSE**

That the relief sought may be barred by collateral estoppel.

**FIFTEENTH DEFENSE**

That the relief sought may be barred by *res judicata*.

**SIXTEENTH DEFENSE**

That the Cross-Defendant, Eichberg Construction, Inc., specifically admits the allegations contained in Paragraph 1 of the Cross-Claim.

**SEVENTEENTH DEFENSE**

That the Cross-Defendant, Eichberg Construction, Inc., specifically denies the allegations contained in Paragraphs 2 and 3 of the Cross-Claim.

WHEREFORE, the Cross-Claim having been fully answered, it is respectfully requested that it be dismissed with prejudice.

                Respectfully submitted,

                McCARTHY WILSON LLP

                /s/
                Robert B. Hetherington #401136
                100 South Washington Street
                Rockville, Maryland 20850
                (301)762-7770
                Attorneys for Defendant,
                Eichberg Construction, Inc.

## **JURY DEMAND**

The Defendant, Eichberg Construction, Inc. by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, hereby demands a trial by jury on all issues herein.

                /s/
                Robert B. Hetherington

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Answer to Cross-Claim**, was mailed, postage paid, this 10th day of October, 2007, to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Ave., N.W.
Washington, D.C. 20036

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, MD 21030

Scott M. Hartinger, Esquire
Ethridge, Quinn, McAuliffe,
 Rowan & Hartinger
100 North Court Street
Frederick, MD 21701

                                    /s/
                            Robert B. Hetherington