UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Tyson Stammler | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-01458 |
| Creative Pipe Solutions, et al. | * | |
| Defendants | * | |

## **GEORGE R. CRANFORD, INC.'S ANSWER TO CROSS-CLAIM**

Cross Defendant, George R. Cranford., by and through its attorneys Jacquelyn M. Kramer and Johnson, Law Office of Guido Cross-Claim filed by the Co-Defendant/Cross-Plaintiff, Creative Pipe Solutions, LLC, and states as follows:

### GENERAL DENIAL

That it generally denies all liability and all averments of fact contained within the Cross-claim and each and every Count therein and demands strict proof thereof.

### FIRST DEFENSE

The Cross-claim fails to state a cause of action against this Cross Defendant upon which relief can be granted.

### SECOND DEFENSE

The Cross-Plaintiff has failed to join a party necessary for complete adjudication and relief pursuant to Maryland Rule 2-211.

### THIRD DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of accord and satisfaction.

## FOURTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of merger of the claims by arbitration into an award.

## FIFTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of assumption of risk.

## SIXTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of collateral estoppel.

## SEVENTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of contributory negligence.

## EIGHTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of estoppel.

## NINTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of *res judicata*.

### TENTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of the applicable statute of limitations.

### ELEVENTH DEFENSE

The Cross-Plaintiff is barred from recovery in this action on the grounds of waiver.

### TWELFTH DEFENSE

The Cross Plaintiff's injuries, losses and damages, if any were caused in whole or in part by individuals and/or entities over whom this Cross Defendant had no control or right of control.

### THIRTEENTH DEFENSE

The Cross Plaintiff's injuries, losses and damages, if any, resulted from or were caused by intervening or superseding causes not attributable to this Cross Defendant.

### FOURTEENTH DEFENSE

This Court lacks jurisdiction over the subject matter.

### FIFTEENTH DEFENSE

This Court lacks personal jurisdiction over this Cross Defendant.

### SIXTEENTH DEFENSE

This Cross Defendant herein reserves the right to adopt and/or assert any such other and further defenses which may be raised by any other party to this action.

### SEVENTEENTH DEFENSE

This Cross Defendant herein reserves the right to adopt and/or assert any such other and further defenses which may be revealed by subsequent investigation and/or discovery.

**WHEREFORE**, having fully answered the Cross-claim, you're Cross Defendant herein prays that the same be dismissed with costs assessed against the Cross Plaintiff.

      /s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire
D.C. Bar #    491295
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for George R. Cranford, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this \_22ND\_\_\_ day of October, 2007, a copy of the foregoing Answer to Cross-Claim was mailed first-class, postage prepaid to:

Scott M. Hartinger, Esquire
DC Bar# 461129
100 North Court Street
Frederick, MD 21701
(301) 698-8182
Attorney for Creative Pipe Solutions, LLC

Peter C. Grenier, Esquire
DC Bar# 418570
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W., 9th Floor
Washington, DC 20036
Attorney for Plaintiff

    /s/ Jacquelyn Kramer