UNITED STATES DISTRICT COURTFOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| TYSON STAMMLER | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-01458 |
| CREATIVE PIPE SOLUTIONS, LLC. et al. | * | |
| Defendants | * | |

## CROSS-CLAIM AGAINST CREATIVE PIPE SOLUTION, LLC

Now come the Defendant/Cross-Plaintiff, George R. Cranford, Inc., by and through its attorneys Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, and bring this Cross-Claim against the Co-Defendant/Cross-Defendant, Creative Pipe Solutions, LLC, Inc., and for reasons state as follows:

1. That the Plaintiff has filed a Complaint in which she claims to have been injured and damaged as a result of the negligence of the Defendant, George R. Cranford, Inc., as is more particularly set forth in the Plaintiff's Complaint filed herein.

2. The Defendant and Cross-Plaintiff, George R. Cranford, Inc., has filed an Answer To Complaint denying that it was negligent or that it was otherwise liable to the Plaintiff.

3. The alleged injuries and damages sustained by the Plaintiff were solely caused by the negligence and want of due care on the part of the Defendant and Cross-Defendant, Creative Pipe Solutions, LLC, without any negligence or want of due care on the part of the Defendant and Cross-Plaintiff, George R. Cranford, Inc., contributing thereto.

WHEREFORE, the Defendant and Cross-Plaintiff, George R. Cranford, Inc., claims that in the event there is a judgment rendered in favor of the Plaintiff against the Defendant and Cross-Plaintiff, that the Defendant and Cross-Plaintiff shall be indemnified and awarded judgment in a similar amount against the Defendant and Cross-Defendant, Creative Pipe Solutions, Inc.; or in the alternative, awarded a judgment for contribution from the Defendant and Cross-Defendant, Creative Pipe Solutions, Inc.

  /s/ Jacquelyn Kramer
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Singleton Electric Co. Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this _22ND_____ day of October, 2007, a copy of the foregoing Cross-Claim was sent, via electronic mail, to:

Scott M. Hartinger, Esquire
DC Bar# 461129
100 North Court Street
Frederick, MD 21701
(301) 698-8182
Attorney for Creative Pipe Solutions, LLC

Peter C. Grenier, Esquire
DC Bar# 418570
Bode & Grenier, LLP
1150 Connecticut Avenue
N.W., 9th Floor
Washington, DC 20036
Attorney for Plaintiff

                                        _/s/ Jacquelyn Kramer_____
                                        Jacquelyn Kramer, Esquire