UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Tyson Stammler                                    *

Plaintiff                                         *        Civil Action No.

v.                                                *        1:07-cv-01458

Creative Pipe Solutions, et al.                   *

Defendants                                        *

## INTERROGATORIES

To:    Plaintiff,    Tyson Stammler

From:  Defendant,   George R. Cranford, Inc.

    a. These Interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

    b. Where the name or identity of a person is requested, please state full name, home address, and also business address, if known.

    c. Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

    d. Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys.

    e. The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in clause (d).

    f. You have thirty (30) days to serve answers or objections to these Interrogatories pursuant to Maryland Rule 2-421.

    1. State your full name, any aliases you have used and/or been known by, address, date of birth, marital status and social security number.

    2. Give a concise statement of the facts as to how you contend the occurrence took place.

    3. State the facts upon which you base your allegation that the Defendant caused or

contributed to the occurrence.

4.  If you contend that a person not a party to this action or another party to this action acted in such a manner as to cause or contribute to the occurrence, give a statement of the facts upon which you rely.

5.  State the name, address and telephone number of the eyewitnesses to all or part of the occurrence and state their location at the time of the occurrence.

6.  State the names, phone numbers and addresses of all persons who were on the scene and arrived at the scene within two hours after the occurrence and state their time of arrival.

7.  Name all persons who investigated the cause and circumstances of the occurrence for you.

8.  Name any persons, not heretofore mentioned, having personal knowledge of the facts material to this case.

9.  State whether you have within your possession or control photographs, plats or diagrams of the scene or objects connected with said occurrence and, if so, identify same.

10.  State with precision the nature and location of bodily injuries suffered by you as a result of the occurrence, and state which of your injuries, if any, you allege are permanent.

11.  State the names and addresses of all persons and institutions which have examined or treated you as a result of the occurrence and state the dates and nature of such examinations or treatments.

12.  Name all persons and institutions other than those referred to in Interrogatory No. 11, which have examined or treated you for any injuries, disability or illness for the ten years prior to, and subsequent to, the occurrence and state the dates and the nature of such examination or treatment.

13.  Name all experts whom you propose to call as witnesses and state their field of expertise, the subject matter on which the expert is expected to testify, the substance of the findings and opinions to which the expert is going to testify and attach to your answers copies of all written reports of such expert.

14.  Itemize all expenses made or incurred by you, including expenses you may incur in the future, as a result of the occurrence.  Attach to your answers copies of all bills and receipts.

15.  If you claim you were absent from your employment as a result of the

occurrence, state as to each such absence the particular reason therefor, the dates thereof and compensation, if any, lost thereby.

16. State the nature and extent of any other injuries, losses or damages you allege you suffered or sustained as a result of the occurrence, including the amount and basis of any future lost wages.

17. If you have ever made a claim for any benefits under any insurance policy or against any firm or corporation, or a workers' compensation claim as a result of the occurrence, state against whom made, the nature and extent of the claim and the benefits received.

18. State whether you have been involved in any other legal action as a Plaintiff or as a Claimant in a workers' compensation case or other forum, and if so, state the date of the occurrence, the name of the action including the case number, identify the Court or Commission, nature of the accident and the result.

19. State whether you have ever been convicted of any crimes, other than minor traffic violations, since the age of eighteen, the nature of such crimes, the date of each conviction and the name and address of the courts wherein each conviction occurred, and whether you were represented by an attorney and if so the name and address of said attorney.

20. Did any Defendant or anyone in his or her presence make or give to anyone any statements, comments or report concerning the occurrence of facts relevant to any issue in this case? If yes, state by whom, to whom, when and where such statement was made and what was said. If signed by Defendant, attach a copy to your answers.

21. State the amount reported as earned income in your income tax returns for the five years prior to and subsequent to the occurrence and the district in which the returns were filed.

22. State the names of all persons who have given you statements or from whom you have statements reduced to written or recorded form, the dates of such statements, the names of persons who procured such statements, and the names of the persons who have custody or possession of such statements.

23. State with particularity your exact location at the time of the impact, prior to impact and directly after the impact.

24. State specifically whether you have received any injuries in an accident or occurrence previous to the occurrence or subsequent thereto, including any type of accident sustained at your home. If so, state the details, including date, place of occurrence, nature of injuries sustained, the names and addresses of the parties involved, stating the names and addresses of attending physicians and dates of all examinations or

treatments for such injuries.

27. With respect to each of the past ten (10) years, and at the present time, state the names and addresses of each of your employers, the dates of commencement and termination of each employment, a detailed description of the work performed for each employment, the name and telephone number of your supervisors, and your average weekly wages or earnings from each employment.

25. If you have any present complaints on account of bodily and/or mental injuries suffered as a result of the occurrence, state in detail the nature of such complaints.

26. If you contend that a previous injury or condition was aggravated by the occurrence, describe such injury or condition and name all persons and institutions who treated you therefore and state the dates and nature of such treatments.

28. State your itinerary on the date of the incident, including the time and place of the beginning of the trip, the time and duration of each stop, the place of destination, and the expected time of arrival.

29.: State whether you consumed any alcoholic beverages, drugs and/or medications within twenty-four (24) hours prior to the occurrence, the places where such alcoholic beverages, drugs and/or medications were obtained, and the nature and amount thereof.

30.: Identify all other parties or entities against whom you have filed a claim or lawsuit arising out of this occurrence and identify all pleadings, motions and discovery documents pertaining to said claims or lawsuits.

    /s/ Jacquelyn Kramer_____
Jacquelyn M. Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle
Suite #1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Defendant, George R. Cranford, Inc.