IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYLER R. STAMMLER | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-CV-01458 |
| | ) | |
| CREATIVE PIPE SOLUTIONS, LLC, et al. | ) | Judge Roberts, Richard W. |
| | ) | |
|     Defendants | ) | |

### ANSWER OF DEFENDANT CREATIVE PIPE SOLUTIONS, LLC TO CROSSCLAIM OF GEORGE R. CRANFORD, INC.

Comes now the Defendant, CREATIVE PIPE SOLUTIONS, LLC, by and through its attorneys, Scott M. Hartinger and Ethridge, Quinn, McAuliffe, Rowan & Hartinger, and answers the Crossclaim of George R. Cranford, Inc., as follows:

1. Admitted.

2. Admitted.

3. Denied.

#### FIRST AFFIRMATIVE DEFENSE

The Crossclaim is barred by Contributory Negligence

#### SECOND AFFIRMATIVE DEFENSE

The Crossclaim is barred by collateral estoppel and/or res judicata.

#### THIRD AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of waiver.

#### FOURTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

The Crossclaim is barred as no agency relationship exits for purposes of this action between this Defendant and other parties hereto.

### SIXTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of laches.

### EIGHTH AFFIRMATIVE DEFENSE

The doctrine of respondeat superior does not apply in this action.

### NINTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by the doctrine of statute of frauds.

### TENTH AFFIRMATIVE DEFENSE

The Crossclaim is barred by Assumption of Risk.

### ELEVENTH AFFIRMATIVE DEFENSE

The Crossclaim fails to state a cause of action upon which relief can be granted.

WHEREFORE, this Defendant requests that the Crossclaim be dismissed with prejudice and for such other relief as deemed proper.

                                                Respectfully submitted,

                                                ETHRIDGE, QUINN, McAULIFFE,
                                                ROWAN & HARTINGER

Date: November 2, 2007             By /s/ Scott M. Hartinger
                                                SCOTT M. HARTINGER, Bar #461129
                                                100 North Court Street
                                                Frederick, Maryland 21701
                                                Telephone (301) 698-8182
                                                Facsimile (301) 831-4318
                                                mail smh@eqmrh.com
                                                Attorney for Creative Pipe Solutions, LLC

## JURY DEMAND

Defendant requests this matter be tried before a jury.

                                                /s/ Scott M. Hartinger
                                                SCOTT M. HARTINGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, first class, on this 2nd day of November, 2007, to:

        Peter C. Grenier, Esquire
        Bode & Grenier, LLP
        1150 Connecticut Avenue, N.W.
        9th Floor
        Washington, D.C. 20036

        Jacquelyn Kramer, Esquire
        Law Offices of Guido Porcarelli
        200 International Circle, Suite 1500
        Hunt Valley, Maryland 21030

                                                /s/ Scott M. Hartinger
                                                SCOTT M. HARTINGER