UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Tyson Stammler | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-01458 |
| Creative Pipe Solutions, et al. | * | |
| Defendants | * | |

******************************************

## CONSENT MOTION TO POSTPONE SCHEDULING CONFERENCE

Defendant, George R. Cranford, Inc., by its attorneys Jacquelyn Kramer, and the Law Offices of Guido Porcarelli, files this Consent Motion to Postpone the Scheduling Conference, and in support thereof, states:

1. The initial scheduling conference is set for November 26, 2007 at 11:00 a.m.

2. Counsel for Defendant George R. Cranford, Inc., has previously scheduled depositions in Waldorf, Maryland that same morning in the case of Hunt v. MTJ, Inc., Circuit Court for Charles County, Case No. C06-1079. Those depositions have already been rescheduled several times and due to all counsel's calendars, it will be very difficult to reschedule them again, trial is scheduled for February 4, 2008. See Deposition Notice attached as Exhibit 1.

3. All counsel in this case agree to the postponement of the scheduling conference and have agreed on two alternative dates: December 4, 2007 or December 5, 2007 at 11:00 a.m.

WHEREFORE, having set forth good reasons above, Defendant respectfully requests this Honorable Court postpone the scheduling conference set for November 26, 2007.

/s/ Jacquelyn Kramer
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for George R. Cranford, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __14__ day of November, 2007, a copy of the foregoing Consent Motion to Postpone Scheduling Conference was sent, via electronic mail, to:

Peter C. Grenier, Esquire
1150 Connecticut Ave., NW
9th Floor
Washington, DC 20036
Attorney for Plaintiff

Scott M. Hartinger, Esquire
DC Bar# 461129
100 North Court Street
Frederick, MD 21701
(301) 698-8182

Attorney for Creative Pipe Solutions, LLC

Robert B. Heatherington, Esquire
McCarthy Wilson LLP
100 South Washington Street
Rockville, MD 20850
(301) 762-7770
Attorney for Eichberg Construction, Inc.

                                                _/s/ Jacquelyn Kramer_____
                                                Jacquelyn Kramer, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Tyson Stammler | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-01458 |
| Creative Pipe Solutions, et al. | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Upon consideration of the Consent Motion to Postpone Scheduling Conference, and for good cause shown, it is this _____ day of November, 2007 hereby Ordered:

1. That the Scheduling Conference set for November 26, 2007 at 11:00 a.m. is postponed until _____.

_____
Richard W. Roberts
United States District Judge

Copies to:
Peter C. Grenier, Esquire
Scott M. Hartinger, Esquire
Robert B. Heatherington, Esquire
Jacquelyn Kramer, Esquire

IN THE CIRCUIT COURT OF MARYLAND FOR CHARLES COUNTY

| | |
|---|---|
| Martin Hunt | * |
| Plaintiff | * |
| v. | * Case No.:   C 06 1079 |
| MTJ Enterprises, Inc., et al. | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED NOTICE OF DEPOSITION

Defendant, **MTJ Enterprises**, by and through its attorneys, Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, pursuant to Maryland Rules of Procedure, Rule 2-412, 2-416, and 2-419(a), will take the deposition of the following witness upon oral examination for discovery purposes, on the date and at the time and place indicated:

DEPONENT:   Martin Hunt
PLACE:   Law Offices of George Blumenthal
3 Post Office Road. Suite 101
Waldorf, MD  20602
DATE & TIME:   **November 26, 2007 at 10:00 a.m.**

This deposition will be taken before a Notary Public who is authorized to administer oaths in the State of Maryland and will be taken for discovery purposes in this matter.  This deposition will be deemed continuing from day to day until completed.

*Jacquelyn Kramer*
Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
(410) 568-2874
Attorney for Defendant

Exhibit 1