IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**CREATIVE PIPE SOLUTIONS, LLC, et al.** )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:07-CV-01458 (RWR) |

### RULE 16.3 STATEMENT AND PROPOSED SCHEDULING ORDER

Pursuant to LCvR 16.3 and the Court's Order for Initial Scheduling Conference, Plaintiff Tyson R. Stammler ("Mr. Stammler" or "Plaintiff") and Defendant Creative Pipe Solutions, LLC ("Creative") by undersigned counsel, hereby submit the following Rule 16.3 Statement and proposed Scheduling Order.

Prior to filing this Rule 16.3 Statement, counsel for Mr. Stammler and counsel for Creative conferred with counsel for Defendant Eichberg Construction, Inc. and counsel for Defendant George R. Cranford, Inc. *via* email. Counsel for Mr. Stammler and counsel for Creative circulated a draft Rule 16.3 Statement, but did not receive a response from counsel for Defendant Eichberg Construction, Inc. or counsel for Defendant George R. Cranford, Inc.

### Brief Statement of the Case

This case arises out of the August 26, 2004 single-vehicle crash on H Street, N.W. in the District of Columbia involving Plaintiff Tyson R. Stammler (the "Crash"). Mr. Stammler alleges that the Crash was caused by his motorcycle striking an unmarked trench extending from the north side curb of H Street, N.W. across both westbound travel lanes. Mr. Stammler further

alleges that Defendants Creative Pipe Solutions, LLC, Eichberg Construction, Inc., and George R. Cranford, Inc. are liable for his Crash-related damages as a result of Defendants' negligent repair and maintenance of the relevant trench on H Street, N.W.

Defendants deny all liability to Plaintiff, deny that they negligently repaired and/or maintained the relevant trench on H Street, N.W. *circa* the date of the Crash, and further allege cross-claims against each other for contribution and/or indemnification.

**Statutory Bases for Causes of Action and Defenses**

Plaintiff alleges two common law causes of action: negligence and negligence *per se*. Plaintiff's negligence *per se* claims are based upon allegations that Defendants violated D.C. Code Ann. §§ 24-3404.4, 24-2001.4 et seq., 24-2002.1, 24-3404.1 (2004), and related provisions.

Defendants allege common law cross-claims for contribution and/or indemnity against each other.

**LCvR 16.3 Topics**

1.   CASE TRACKING:  The parties request that this matter be assigned the schedule set forth herein and in the attached proposed Scheduling Order.  Said schedule is consistent with the Court's standard guidelines for "Standard Cases."  In deviation from the Court's standard guidelines, Plaintiff requests that depositions be limited to ten (10) per party.

Plaintiff asserts that this is a fairly straightforward tort case.  Plaintiff alleges that his medical expenses to date exceed $5,000.00, that he incurred approximately $2,000.00 in property damage, and that he lost wages in the amount of $1,700.00.

Defendants have filed Answers and cross-claims in this case.

Plaintiff does not expect that this case is capable of resolution by summary judgment. However, Defendants may file dispositive motions.

2. DATE TO AMEND PLEADINGS/JOIN PARTIES: Plaintiff suggests March 26, 2008 as the deadline to amend pleadings and/or join parties. Creative agrees.

3. MAGISTRATE/JUDGE: Plaintiff is willing to agree that a magistrate may be assigned to hear and resolve all discovery-related matters. Creative is willing to agree that a magistrate may be assigned to hear and resolve all discovery-related matters.

Plaintiff requests that all non-discovery matters remain assigned to a judge, specifically including trial. Creative requests that all non-discovery matters remain assigned to a judge, specifically including trial.

4. SETTLEMENT: Plaintiff submits that there may be a realistic possibility of settling this matter; however, it is premature at this time to do so. Discovery must be underway and/or completed prior to any substantive settlement evaluation. Creative agrees that it is premature to state whether settlement is a real possibility.

5. ALTERNATIVE DISPUTE RESOLUTION: Alternative Dispute Resolution, including mediation, may be appropriate following discovery in this matter. Plaintiff requests ADR, if appropriate, occur by April 25, 2008, which is approximately 30 days after the date of close of all discovery. Creative agrees that ADR may be appropriate.

6. SUMMARY JUDGMENT: Plaintiff does not anticipate this matter being fully resolved by summary judgment or other dispositive motions. Creative believes that summary judgment may resolve this matter.

Plaintiff requests that dispositive motions, including summary judgment motions, be filed by April 25, 2008, which is approximately 30 days after the date of close of all discovery. Creative agrees.

7. INITIAL DISCLOSURES: Plaintiff suggests that Fed.R.Civ.P. 26(a)(1) initial disclosures shall be made on or before December 26, 2007. Creative agrees.

8 & 9. DISCOVERY and EXPERTS: Plaintiff requests that all Post-Rule 26(a) Discovery Requests shall be served by January 10, 2008; that Plaintiff/Cross-claim Plaintiffs shall file their Rule 26(a)(2) Statements and expert reports by January 25, 2008; that Defendants/Cross-claim Defendants shall file their Rule 26(a)(2) Statements and expert reports by February 25, 2008; and that all expert depositions (except depositions in lieu of trial testimony), and all discovery, be completed by March 26, 2008. Plaintiff suggests that each party shall be permitted to take ten (10) depositions and that each party shall be permitted to propound twenty-five (25) Interrogatories upon each other party. Creative agrees to the discovery schedule.

10. CLASS ACTIONS: Not applicable.

11. BIFURCATION: Plaintiff does not believe this case is appropriate for bifurcation. Creative agrees.

12. PRETRIAL CONFERENCE: Plaintiff requests a Pretrial Conference be scheduled approximately 45 days after the close of all discovery, or on or about May 12, 2008. Creative agrees.

13. TRIAL: Trial may be scheduled at the Court's convenience at the Pretrial Conference; however, Plaintiff requests that trial be scheduled within thirty (30) to sixty (60) days from the date of the Pretrial Conference. Creative agrees.

14. SCHEDULING ORDER: A proposed Scheduling Order is attached hereto. Plaintiff and Creative agree to the terms set forth in the attached proposed Scheduling Order.

Respectfully submitted,


_____s/_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

_____s/_____
Scott M. Hartinger, Esquire (D.C. Bar No. 461129)
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, Maryland 21701
*Attorney for Defendant Creative Pipe Solutions, LLC*

**RULE 16.3(d) CERTIFICATION**

       I hereby certify that efforts were made to secure the participation of Defendant Eichberg Construction, Inc. and Defendant George R. Cranford, Inc. However, said Defendants did not respond to Plaintiff's proposed Rule 16.3 Statement.

                                                     _____s/_____
                                                     Peter C. Grenier
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 16th day of November, 2007, I caused a true copy of the foregoing RULE 16.3 STATEMENT AND PROPOSED SCHEDULING ORDER to be served via electronic case filing to:

Robert B. Hetherington
McCARTHY WILSON LLP
100 South Washington Street
Rockville, Maryland 20850
(301)762-7770
*Attorney for Defendant Eichberg Construction, Inc.*

Scott M. Hartinger, Esquire
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, Maryland 21701
*Attorney for Defendant Creative Pipe Solutions, LLC*

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, Maryland 21030
*Attorney for Defendant George R. Cranford, Inc.*

                                          _____**s/**_____
                                          Peter C. Grenier
                                          *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**CREATIVE PIPE SOLUTIONS, LLC, et al.** )<br>)<br>    **Defendants.** )<br>) | Civil Action No. 1:07-CV-01458 (RWR) |

## **SCHEDULING ORDER**

Upon consideration of the pleadings in this matter to date, and following the initial Scheduling Conference on _____, 2007, it is, by the Court, this __ day of _____, 2007, hereby ORDERED:

1. The parties shall make their Fed. R. Civ. P. 26(a)(1) initial disclosures on or before **December 26, 2007**.

2. The parties shall serve all post-Rule 26(a) Discovery Requests by **January 10, 2008**.

3. Each party shall be permitted to take ten (10) depositions, and serve twenty-five (25) Interrogatories on each other party.

4. Plaintiff/Cross-claim Plaintiffs shall file their Rule 26(a)(2) Statements and expert reports by **January 25, 2008**.

5. Defendants/Cross-claim Defendants shall file their Rule 26(a)(2) Statements and expert reports by **February 25. 2008.**

6. **March 26, 2008** shall be the deadline to amend pleadings and/or join parties.

1

7. All expert depositions (except depositions in lieu of trial testimony), and all discovery, shall be completed by **March 26, 2008**.

8. The parties shall participate in alternative dispute resolution, if appropriate, by **April 25, 2008**.

9. All dispositive motions shall be filed by **April 25, 2008**.

10. The Pretrial Conference shall be scheduled approximately 45 days after the close of discovery on _____**, 2008**. [Court to fill in].

11. All matters and disputes involving discovery shall _____ [Court to fill in].

_____
Judge, U.S. District Court for the District of Columbia

Copies to:

Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
*Counsel for Plaintiff*

Robert B. Hetherington (D.C. Bar No. 401136)
McCARTHY WILSON LLP
100 South Washington Street
Rockville, Maryland 20850
(301)762-7770
*Attorney for Defendant Eichberg Construction, Inc.*

Scott M. Hartinger, Esquire (D.C. Bar No. 461129)
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, Maryland 21701
*Attorney for Defendant Creative Pipe Solutions, LLC*

Jacquelyn Kramer, Esquire (D.C. Bar No. 491295)
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, Maryland 21030
*Attorney for Defendant George R. Cranford, Inc.*