IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TYLER R. STAMMLER | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:07-CV-01458 |
| | ) | |
| CREATIVE PIPE SOLUTIONS, LLC, et al. | ) | Judge Roberts, Richard W. |
| | ) | |
| Defendants | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, CREATIVE PIPE SOLUTIONS, LLC, by and through counsel, Scott M. Hartinger and Ethridge, Quinn, McAuliffe, Rowan & Hartinger, and moves to continue the Status Conference, and as grounds therefore, states as follows:

1. The Status Conference is this matter is scheduled for Tuesday, December 4, 2007 at 9:15 a.m.

2. On that date, undersigned counsel is scheduled to be in a three day jury trial in the Circuit Court for Montgomery County, Maryland in the case of *Michelle Warshel-Snyder v. Richard F. Kline, Inc.,* Case No. 275595-V.

3. This request is not made for the purpose of delay.

WHEREFORE, the Defendant requests that this Motion for Continuance of the Status Conference be granted and that the date of December 4, 2007 be continued to a date set by the Clerk's office.

                                      Respectfully requested,

                                      ETHRIDGE, QUINN, McAULIFFE,
                                      ROWAN & HARTINGER

Date: November 30, 2007                By/s/ Scott M. Hartinger
                                      SCOTT M. HARTINGER, Bar #461129
                                      100 North Court Street
                                      Frederick, Maryland 21701
                                      Telephone (301) 698-8182
                                      Facsimile (301) 831-4318
                                      mail smh@eqmrh.com
                                      *Attorney for Creative Pipe Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, a copy of the foregoing Motion for Continuance was sent by facsimile and mailed first class, postage prepaid to:

        Peter C. Grenier, Esquire
        Bode & Grenier, LLP
        1150 Connecticut Avenue, N.W.
        9th Floor
        Washington, D.C. 20036

        Jacquelyn Kramer, Esquire
        Law Offices of Guido Porcarelli
        200 International Circle, Suite 1500
        Hunt Valley, Maryland 21030

                                        /s/ Scott M. Hartinger
                                        SCOTT M. HARTINGER