UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**CREATIVE PIPE SOLUTIONS, LLC** *et al.*,<br><br>    **Defendants.** | Civil Action No. 07-1458 (RWR/JMF) |

## NOTICE TO COUNSEL

All matters, including scheduling, in the above captioned case should be addressed to the law clerk assigned to this action:

**Jared S. Hosid, Esq.**          202/354-3135

Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **full case management including pretrial.**

In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

December 7, 2007                                          /s/
cc:    Counsel                                    JOHN M. FACCIOLA
       Judge                                      UNITED STATES MAGISTRATE JUDGE
       Files
       Chambers