**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
**TYSON R. STAMMLER**                )
                                                    )
      **Plaintiff,**                        )
                                                    )
**v.**                                                )   **Civil Action No. 1:07-CV-01458 (RWR)**
                                                    )
**CREATIVE PIPE SOLUTIONS, LLC, et al.**   )
                                                    )
      **Defendants.**                    )
_____)


## JOINT STATUS REPORT

COME NOW Plaintiff Tyson R. Stammler, and Defendants Creative Pipe Solutions, LLC, Eichberg Construction, Inc., and George R. Cranford, Inc., all respectively by counsel, pursuant to the Court's April 4, 2008, Order, and submit their joint status report. As the Court may recall, the parties agreed that a brief postponement of the case was warranted, so that the parties could better determine whether the case might settle before substantive discovery begins.

    _**Plaintiff's Position**_

From Plaintiff's perspective, there has been literally no communication from any defense counsel between April 4, 2008, and today's date, May 5, 2008. To that end, on April 28, 2008, Plaintiff sent the attached letter to all defense counsel, inquiring as to where things stand.

Only today, May 5, 2008, did Plaintiff's counsel hear back from one of the defense counsel, Ms. Jacquelyn M. Kramer, Esquire, who represents Defendant George R. Cranford, Inc. She left a voicemail message for Plaintiff's counsel, indicating that there would be no change in the Defendants' settlement position, but that she would be providing information for inclusion in this report. Inasmuch as Plaintiff has already responded to numerous written discovery requests

from all three Defendants, Plaintiff intends to commence his own discovery, and respectfully requests an expedited case schedule.

### ***Defendants' Position***

Defendants Creative Pipe Solutions, LLC, Eichberg Construction, Inc., and George R. Cranford, Inc.'s Position:

Since the status conference on April 4, 2008, all three Defense counsel have been actively trying to resolve several contractual and liability issues.  Defense counsel are still actively working on resolution of those issues.  Additionally, although a new settlement position is not available today, Defense counsel anticipate additional settlement discussions within the next few weeks.

Defendants, by and through undersigned counsel, submit the following report on the status of this case:

1. The Defendants need additional time to sort out several contractual and liability issues;

2. The parties require additional time for mediation; and

3. The parties require additional time for discovery in the event mediation is not successful.

Respectfully submitted,


_____**s/**_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C.  20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

_____s/_____
Scott M. Hartinger, Esquire (D.C. Bar No. 461129)
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
100 North Court Street
Frederick, Maryland 21701
*Attorney for Defendant Creative Pipe Solutions, LLC*


_____s/_____
Robert B. Hetherington, Esquire (D.C. Bar No. 401136)
McCarthy Wilson LLP
100 South Washington Street
Rockville, Maryland 20850
*Attorney for Defendant Eichberg Construction, Inc.*


_____s/_____
Jacquelyn M. Kramer, Esquire (D.C. Bar No. 491295)
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
*Attorney for Defendant George R. Cranford, Inc.*

# BODE & GRENIER, LLP
## ATTORNEYS AND COUNSELORS

NINTH FLOOR, CONNECTICUT BUILDING
1150 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-4129
TELEPHONE: 202-828-4100
FACSIMILE: 202-828-4130
www.bode.com

PETER C. GRENIER, ESQUIRE
Direct Dial: 202-862-4311
pgrenier@bode.com

April 28, 2008

**VIA FACSIMILE TO (301) 762-0374**
**ORIGINAL VIA U.S. MAIL**
Robert B. Hetherington, Esquire
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850

**VIA FACSIMILE TO (410) 568-2898**
**ORIGINAL VIA U.S. MAIL**
Jacquelyn Millard Kramer, Esquire
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, Maryland 21030

**VIA FACSIMILE TO (301) 762-7691**
**ORIGINAL VIA U.S. MAIL**
Scott M. Hartinger, Esquire
Ethridge, Quinn, McAuliffe, Rowan & Hartinger
33 Wood Lane
Rockville, Maryland 20850

> **Re:    *Stammler v. Creative Pipe Solutions, LLC et al.***

Dear Counsel:

As you know, we have a Status Report due next Monday, May 5, 2008. My understanding at the conclusion of our post-discovery Status Conference was that you were going to discuss amongst yourselves your collective settlement position and get back to me. Having heard nothing, I surmise either that other matters have occupied your time, or you are unable to make any headway towards resolution.

In any event, I would appreciate knowing where we stand, so that we may ensure that we timely -- and jointly -- file the appropriate status report.

Sincerely,

Peter C. Grenier

p.s.  Scott, I truly hope everything is okay with your wife.