### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON R. STAMMLER | : |
|     Plaintiff | : |
| v. | :   Civil Action No.  1:07-CV-01458 |
| CREATIVE PIPE SOLUTIONS, LLC | : |
|     And | : |
| EICHBERG CONSTRUCTION, INC. | : |
|     And | : |
| GEORGE R. CRANFORD, INC. | : |
|     Defendants | : |

### CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE

COMES NOW, the Defendant, Eichberg Construction, Inc., by and through its attorneys, McCarthy Wilson LLP and Robert B. Hetherington, and pursuant to <u>Federal Rule of Civil Procedure</u> Rule 7 and Local Rule 16.1(b), respectfully moves this Honorable Court to continue the Settlement Conference that is currently scheduled for July 30, 2008 at 10:00 a.m.  As set forth more fully in the accompanying Memorandum of Points and Authorities, good cause exists for a short postponement of the Settlement Conference without any prejudice being inflicted upon any party.

WHEREFORE, the defendant respectfully requests that this Honorable Court:

1.      Order, that the July 30, 2008, Settlement Conference be postponed;

    2.     Order, that the Court reschedule the Settlement Conference on a date that is convenient to the Court, counsel, and all parties; and

    3.     Order, any additional relief deemed just and proper.

Respectfully submitted,

McCARTHY WILSON LLP

/s/
Robert B. Hetherington #401136
100 South Washington Street
Rockville, Maryland 20850
(301)762-7770
Attorneys for Defendant,
Eichberg Construction, Inc.

## STATEMENT OF GROUNDS AND AUTHORITIES

I.    <u>Federal Rule of Civil Procedure</u> Rule 7 governs Motions.

II.    Local Civil Rule 16.1(b) governs Scheduling and Continuances.

/s/
Robert B. Hetherington

## CERTIFICATE OF NOTICE

The undersigned certifies that all counsel were notified of the Defendant's application for a Continuance of the Settlement Conference. This effort included an e-mailed correspondence all counsel on June 26, 2008.

/s/
Robert B. Hetherington

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion to Continue Settlement Conference,** was e-mailed and mailed, postage paid, this 2ND day of July, 2008, to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Ave., N.W.
Washington, D.C. 20036

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, MD 21030

Scott M. Hartinger, Esquire
Ethridge, Quinn, McAuliffe,
 Rowan & Hartinger
100 North Court Street
Frederick, MD 21701

/s/
Robert B. Hetherington

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TYSON R. STAMMLER | : |
|     Plaintiff | : |
|     v. | :   Civil Action No. 1:07-CV-01458 |
| CREATIVE PIPE SOLUTIONS, LLC | : |
|     And | : |
| EICHBERG CONSTRUCTION, INC. | : |
|     And | : |
| GEORGE R. CRANFORD, INC. | : |
|     Defendants | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO CONTINUE SETTLEMENT CONFERENCE**

In support of its Motion to Continue Settlement Conference, the Defendant, Eichberg Construction, Inc., states as follows:

1. The above-captioned personal injury action arises out of a single motorcycle accident that occurred on or about August 26, 2004 in the District of Columbia;

2. That pursuant to this Honorable Court's Notice of June 17, 2008, this matter is scheduled for a Settlement Conference on July 30, 2008 at 10:00 a.m.;

3.     That undersigned counsel also represents the Defendant, Erie Insurance Exchang, in the matter of <u>Scott T. Benefiel v. Joseph Jordan Owens, et al.</u> in the Circuit Court for Prince George's County, Maryland, Civil Case No.: CAL07-02437 which is set for two (2) day jury trial beginning on July 30, 2008 (Please see attached Order attached hereto as Exhibit #1);

4.     That but for undersigned counsel's conflict and unavailability, the parties are ready to proceed to the Settlement Conference;

5.     That given the conflict with the date of the Settlement Conference, undersigned counsel contacted all counsel in an effort to obtain their consent to the relief sought;

6.     That as of the filing of this Motion, counsel for the Plaintiff, counsel for Defendant Creative Pipe Solutions, LLC and counsel for Defendant George R. Cranford, Inc. have all consented to the relief sought and postponement of the Settlement Conference;

7.     That in light of the above points and good faith efforts of counsel to resolve this matter by agreement, Defendant Eichberg Construction respectfully requests this Honorable Court to enter an Order continuing the July 30, 2008 Settlement Conference and reschedule such Conference on a date selected by the Court that is convenient to all parties involved; and

8.      Defendant Eichberg Construction's request for the short postponement is not made for any improper purpose or to delay, unnecessarily, these proceedings as this matter is ready to proceed to a Settlement Conference.  The sole reason for requesting a short postponement is a professional conflict of undersigned counsel..

In light of the above points, Defendant Eichberg Construction's Motion to Continue the Settlement Conference should be granted.

                              Respectfully submitted,

                              McCARTHY WILSON

By:    _____/s/_____
      Robert B. Hetherington
      Federal Bar No.:  401136
      *hetheringtonr@mcwilsonl.com*
      100 South Washington Street
      Rockville, Maryland 20850
      (301) 762-7770
      Fax (301)762-0374
      Attorneys for Defendant,
      Eichberg Construction

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Memorandum of Points and Authorities in Support of Defendant, Eichberg Construction Inc.'s, Motion to Continue Settlement Conference was electronically served and mailed first-class, postage prepaid to:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
Ninth Floor
1150 Connecticut Ave., N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
Suite 1500
200 International Circle
Hunt Valley, MD 21030
Counsel for Co-Defendant,
George R. Cranford, Inc.

Scott M. Hartinger, Esquire
Ethridge, Quinn, McAuliffe,
 Rowan & Hartinger
100 North Court Street
Frederick, MD 21701
Counsel for Co-Defendant,
Creative Pipe Solutions

          _____/s/_____
          Robert B. Hetherington

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Scott T. Benefiel
    Plaintiff

V                                                      CAL 07-02437

Joseph Jordan Owens, *et. al.*
    Defendant(s)

## ORDER

Upon consideration of Erie Insurance Exchange's Consent Motion to Continue the Trial Date currently scheduled for April 28 and 29, 2008, it is this 21st day of April, 2008, by the Circuit Court for Prince George's County, Maryland,

    **ORDERED** that the Motion be and is hereby **GRANTED**; and it is further

    **ORDERED** that the trial date be and is hereby continued to July 30th and 31st, 2008 at 8:45 am; and it is further

    **ORDERED** that the try by date is extended until August 26, 2008.

_____
Judge Toni E. Clarke

Copies mailed by the Court to:

Stanley J. Klos, Esquire
2007 Tidewater Colony Drive
Suite 2B
Annapolis, MD 21401