IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TYSON R. STAMMLER** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-CV-01458 |
| ) | (RWR/JMF) |
| **CREATIVE PIPE SOLUTIONS, LLC, et al.** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AMENDED STATUS REPORT**

COMES NOW Plaintiff Tyson R. Stammler, by counsel, and submits his *amended* status report.

Plaintiff is pleased to report that the parties have fully resolved this matter, and anticipate that they will be in a position to file a stipulation of dismissal with prejudice within approximately two weeks. Plaintiff therefore respectfully suggests that the Court issue an Order canceling the August 13, 2008, Settlement Conference, and that the Court refrain from setting any further proceedings pending the filing of dismissal papers.

Respectfully submitted,

_____s/_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, L.L.P.
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, D.C. 20036
(202) 828-4100
(202) 828-4130 (fax)
*Counsel for Plaintiff*

1